UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 0:17-CV-61224-TURNOFF

| | |
|---|---|
| PHILIP TORTORICI, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) |
| AKAL SECURITY, INC., | ) ) ) |
| Defendant. | ) ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Philip Tortorici ("Plaintiff") and Defendant Akal Security, Inc. ("Defendant") file this Joint Stipulation of Dismissal with Prejudice of all claims and causes of action asserted in this case. The parties ask jointly that the Court enter an order dismissing this case, in its entirety, *with prejudice*. An agreed-upon dismissal order is being submitted with this Joint Stipulation.

Respectfully submitted this 2nd day of January, 2018.

| | |
|---|---|
| **SUGARMAN & SUSSKIND, P.A.** | **LITTLER MENDELSON, P.C.** |
| 100 Miracle Mile, Suite 300 | Wells Fargo Center |
| Coral Gables, Florida 33134 | 333 S.E. 2nd Avenue, Suite 2700 |
| Tel: (305) 529-2801 | Miami, Florida 33131-1804 |
| Fax: (305) 447-8115 | Tel: (305) 400-7500 |
| | Fax: (305) 603-2552 |
| By: */s/ Dustin L. Watkins w/express permission* | By: */s/ Aaron Reed* |
| Dustin L. Watkins | Aaron Reed |
| Florida Bar No. 106783 | Florida Bar No. 0557153 |
| E-mail: *dwatkins@sugarmansusskind.com* | E-mail: *areed@littler.com* |
| Marcus Braswell, Jr. | |
| Florida Bar No. 146160 | Kurt Peterson (Admitted *pro hac vice*) |

E-mail: *mbraswell@sugarmansusskind.com*

Joshua J. Ellison (Admitted *pro hac* vice)
Kate M. Swearengen  (Admitted *pro hac* vice)
**COHEN WEISS AND SIMON LLP**
900 Third Avenue
New York, NY 10022-4869
Tel: (212) 356.0272
Fax: 646.473.8272
E-mail: *jellison@cwsny.com*
E-mail: *kswearengen@cwsny.com*

Counsel for Plaintiff

**LITTLER MENDELSON, P.C**
3344 Peachtree Road, N.E., Suite 1500
Atlanta, Georgia  30326
Tel: (404) 760-3910
Fax: (404) 233-2361
E-mail: *kpeterson@littler.com*

Counsel for Defendant

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that, on this 2nd day of January, 2018,  a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

*/s/ Aaron Reed*
Aaron Reed

## SERVICE LIST

**COUNSEL FOR PLAINTIFF:**
Dustin L. Watkins
Marcus Braswell, Jr.
Sugarman & Susskind, P.A.
100 Miracle Mile, Suite 300
Coral Gables, Florida  33134
Tel: (305) 529-2801
Fax: (305) 447-8115
E-mail: *dwatkins@sugarmansusskind.com*
E-mail: *mbraswell@sugarmansusskind.com*
***Via CM/ECF***

Joshua J. Ellison
Kate M. Swearengen
Cohen, Weiss and Simon LLP
900 Third Avenue, 21st Floor
New York, New York  10022-4869
Tel: (212) 563-4100
Fax: (212) 695-5436
E-mail: *kswearengen@cwsny.com*
***Via CM/ECF***